**Fill in this information to identify the case:**

Debtor name: **MicroGEM US Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF VIRGINIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 8, 2023**    x  /s/ Heather Williams
                                    Signature of individual signing on behalf of debtor

**Heather Williams**
Printed name

**CRO**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **MicroGEM US Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Baron Machine Co., Inc** 40 Primrose Dr S Laconia, NH 03246 | 603-524-6800 | Note | | | | $192,305.10 |
| **Bunting - Dubois** 12 Industrial Drive Du Bois, PA 15801 | 814-375-9145 | Trade | | | | $318,677.50 |
| **Ceres Nanosciences Inc** 9460 Innovation Dr Manassas, VA 20110 | 800-615-0418 | Trade | | | | $1,682,900.00 |
| **Cornerstone Government Affairs, Inc** 800 Maine Ave SW, 7th Fl Washington, DC 20024 | **Campbell Kauman, President** | Professional services | | | | $525,000.00 |
| **Daniel F Young, Inc.** 1235 Westlakes Dr Suite 305 Berwyn, PA 19312 | **Aaron W. Wyatt, President** 610-725-4000 | Trade | | | | $338,679.54 |
| **Elwood Staffing Services** PO Box 1024 Columbus, IN 47202-1024 | **John Elwood, President** 812-372-6200 | Recruitment consultant | | | | $350,124.63 |
| **Genome Advisors** 14326 Aranza Dr La Mirada, CA 90638 | 562-242-9117 | Clinical trials | | | | $834,112.69 |
| **Magnet Applications, Inc.** 12 Industrial Drive Du Bois, PA 15801 | **Drew Salaman, Esq.** drew@salamanlaw.com 215-568-7575 | Philadelphia civil case ID 230303580 | Contingent Unliquidated Disputed | | | $1,118,138.48 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  **MicroGEM US Inc.**                                             Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Manuco Electronics Pty Ltd<br>3 Charnfield Court<br>Thomastown<br>Victoria 3074<br>Australia | 61 3 9862 7922 | Trade | | | | $1,024,685.40 |
| Marlow Industries, Inc.<br>10451 Vista Park Road<br>Dallas, TX 75238 | Bob Bashaw, President<br><br>214-342-4206 | Trade | | | | $2,624,758.96 |
| Mau Workforce Solutions<br>Dept #40301<br>539 N Harrisville Rd, Ste C<br>Ogden, UT 84404 | 801-833-0286 | Note | | | | $201,921.86 |
| Maxtek Components Corp<br>Tektronix Component Solutions<br>2905 SW Hocken Avenue<br>Beaverton, OR 97005 | J Benjamin Rottenborn<br><br>brottenborn@wrvblaw.com<br>540-983-7600 | pending lawsuit | Unliquidated Disputed | | | $4,825,717.42 |
| Meridien Life Sceince<br>5171 Wilfong Road<br>Memphis, TN 38134 | Andrew S. Kizmiller<br><br>901-382-8716 | Trade | | | | $860,796.41 |
| Mission Design & Automation<br>9652 Black River Court<br>Suite 10<br>Holland, MI 49424 | 616-403-4175 | Trade | | | | $317,472.12 |
| PSC Biotech Corporation<br>700 Corporate Center Drive<br>Pomona, CA 91768 | 909-784-3350 | Trade | | | | $590,229.55 |
| Rosti IMS Sdn Bhd<br>No. 177, Jalah Murni 9<br>Taman Perindustrian Murni Sendi<br>81400 Senai Johor<br>Malaysia | Jonas Persson, CEO<br><br>6-075719230 | Trade | | | | $879,012.86 |

Debtor **MicroGEM US Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rosti Integrated Mfg Solutions (SUZ HOU) Co LTD, No 1 Huazheng St Suzhou Ind, Jiangus Province 215026 People's Rep of China** | 86-512-698-34302 | Trade | | | | $834,625.72 |
| **Team Technologies (Baril Corporation) 50 Ward Hill Ave Haverhill, MA 01835** | Ken Kovacs, CFO 978-373-7910 | Trade | | | | $2,990,630.53 |
| **University of Virginia PO Box 400195 Charlottesville, VA 22904** | Clifton M. Iler, Counsel | Trade | | | | $289,307.65 |
| **Virtex 6A Continental Blvd Merrimack, NH 03054** | 603-424-2200 | Trade | | | | $279,859.72 |