UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

In re:  **MicroGem US Inc**                                                  )  Chapter      **11**
                                                                                                      )  Case No.    **23-60528**
                                       Debtor(s)                                    )

### NOTICE OF INQUIRY

On July 26, 2023 Brandy Rapp filed a petition/pleading in the above case. See docket entry #55, 56 & 57. The petition/pleading is deficient as set forth below.

- ☐ Form required but not filed.
- ☐ Pleading improperly styled/formatted (caption, size, margins). *See Local Rule 5005-3.*
- ☐ PDF not flattened. *See Attorney Guidelines on Court's website.*
- ☐ Corporate Resolution not filed with Chapter 11 petition. *Required by Local Rule 1002-1 and Local Rule 1074-1.*
- ☐ NAICS Code not included on petition or not typed in during opening of a business case. *See Attorney Guidelines on Court's website.*
- ☐ Certificate of Credit Counseling docketed with petition. Must be docketed separately
- ☐ Certification of Compliance with 11 USC § 1328 filed. Financial Management Course Certificate required but not filed. Case may be closed without discharge.
- ☐ Incorrect/Incomplete case number, case name, chapter on pleading, date on pleading, or incorrect hearing time.
- ☐ Exhibits referenced in pleading but not attached/filed.
- ☐ Notice of Appearance and Request for Notices filed but creditor name and address not added to CM/ECF during docketing.
- ☐ Docket entry # incomplete/unreadable or PDF image uploaded incorrectly.
- ☐ Docket entry # not properly related.
- ☐ Objection to Claims filed. Objection appears not to comply with FRBP 3007(c).
- ☐ No Certification Regarding Balance of Schedules filed. See Local Rule 1007-1.
- ☒ No Certification Regarding Amended Schedules or Statements filed. See Local Rule 1009-1.
- ☐ Pleading does not match docket text.
- ☐ Document/pleading not signed.
- ☐ Other: .

This inquiry is for notice only. Please take the corrective action that you deem appropriate.

Dated:        July 27, 2023

                                                                                     James W. Reynolds, Clerk
                                                                                     U.S. Bankruptcy Court

                                                                                     By: /s/         Marleca Adams
                                                                                                   Deputy Clerk

*Inquiry 110618*