

**SIGNED THIS 20th day of February, 2024**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICROGEM US, INC., | ) | Case No. 23-60528 |
| | ) | |
| Debtor.[1] | ) | |

### ORDER GRANTING AMENDED FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY WHITEFORD, TAYLOR & PRESTON LLP, COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION

This matter came before the Court upon the Amended Final Application (the "Application")[2] [Docket No. 112] of Whiteford, Taylor & Preston LLP ("Whiteford"), as counsel for the Debtor, for allowance of final compensation and reimbursement of expenses incurred for the period May 8, 2023 through and including September 20, 2023 (the "Final Application Period"). The Court, having reviewed the Application and having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having

---

[1] The Debtor in this Chapter 7 Case and the last four digits of its taxpayer identification number is as follows: MicroGEM US, Inc. (9605). The Debtor's headquarters were located at 705D Dale Avenue, Charlottesville, Virginia 22903.

[2] Capitalized terms not defined herein shall having the meanings ascribed to them in the Application.

found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and determining that proper and adequate notice has been given and that no other or further notice is necessary; the Court having found that no objections to the Application have been filed; and that Whiteford and the Office of the United States Trustee agreed to decrease the amount of fees allowed by $1,233.50 and decrease the amount of expenses allowed by the amount of $118.50; and after due deliberation thereon; and good and sufficient cause exists for the granting of the relief as set forth herein.  Therefore, it is hereby ORDERED as follows:

1. The Application is GRANTED and the fees and expenses are ALLOWED on a final basis as stated herein.

2. Whiteford is allowed final compensation for necessary professional services rendered in the amount of $114,697.00 and reimbursement of actual and necessary expenses in the amount of $11,251.53 for the Final Application Period as requested in the Application on a final basis.

3. The Debtor is authorized and directed to disburse to Whiteford payment in the amount of the difference between the allowed amounts and the actual payments previously received by Whiteford for fees and expenses incurred during the Final Application Period.

4. As of the date of the entry of this Order, Whiteford is holding a retainer in the amount $22,041.50.  Whiteford is authorized and directed to disburse such retainer and apply it to any unpaid amounts awarded to Whiteford herein.

5. The Debtor is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

6. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

7. This Order shall be effective immediately upon entry.

** End of Order **

WE ASK FOR THIS:

*/s/ Brandy M. Rapp*
Brandy M. Rapp (VSB # 71385)
**WHITEFORD TAYLOR & PRESTON LLP**
10 S. Jefferson Street, Suite 1110
Roanoke, VA 24011
Telephone: (540) 759-3577
E-Mail: brapp@whitefordlaw.com

Christopher A. Jones (VSB # 40064)
**WHITEFORD TAYLOR & PRESTON LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
Telephone: (703) 280-9263
E-Mail: cajones@whitefordlaw.com

*Counsel for the Debtor*

SEEN AND NO OBJECTION:

*/s/ B. Webb King (with permission)*
B. Webb King (VSB # 47044)
Office of the United States Trustee
First Campbell Square Building
210 First Street SW, Suite 505
Roanoke, VA 24011
E-Mail: webb.king@usdoj.gov

SEEN AND NO OBJECTION:

*/s/ Hannah W. Hutman (with permission)*
Hannah W. Hutman (VSB # 79635)
HOOVER PENROD PLC
342 South Main Street
Harrisonburg, VA 22801
Telephone: (540) 433-2444
E-Mail: hhutman@hooverpenrod.com